1  TIMOTHY J. MCCAFFERY, State Bar No. 154668
   tjm@llcllp.com
2  LEORA R. RAGONES, State Bar No. 215423
   lragones@llcllp.com
3  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
4  1999 Harrison Street, Suite 2600
   Oakland, CA  94612-3541
5  Telephone:   (510) 433-2600
   Facsimile:    (510) 433-2699
6
   Attorneys for Defendant
7  SAN MATEO CREDIT UNION

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11

MARILYN ESPADA,                    Case No. 3:15-cv-00734-JCS

             Plaintiff,            **NOTICE OF SETTLEMENT**

      v.                           Hon. Joseph C. Spero

SAN MATEO CREDIT UNION,

             Defendants.

   Plaintiff MARILYN ESPADA and Defendant SAN MATEO CREDIT UNION, (hereafter the Parties) by and through their respective counsel of record, hereby notify the Court that the Parties have reached a settlement in the above-entitled matter.  The Parties hereby request that the Court vacate all pending due dates and hearings and retain jurisdiction over this case until the Parties can fully perform their duties as required under the settlement agreement.  It is estimated that the Parties will fully perform their duties by May 1, 2015.  Within two weeks of performance of the terms of the settlement, Plaintiff will file with this Court a joint notice of dismissal with prejudice to be signed by counsel for all Parties.

//

//

| | |
|---|---|
| | Respectfully submitted, |
| Dated: April 1, 2015 | LAW OFFICE OF LISA J. ESPADA |
| | By: */s/ Lisa J. Espada* |
| | LISA J. ESPADA |
| | Attorneys for Plaintiff |
| | MARILYN ESPADA |
| | |
| | Respectfully submitted, |
| Dated: April 1, 2015 | LOMBARDI, LOPER & CONANT, LLP |
| | By: */s/ Leora R. Ragones* |
| | TIMOTHY J. MCCAFFERY |
| | LEORA R. RAGONES |
| | Attorneys for Defendant |
| | SAN MATEO CREDIT UNION |

### ORDER

Pursuant to the foregoing Stipulation, and good cause appearing, all dates and hearings are hereby vacated and the Court will retain jurisdiction over this matter for one hundred and twenty days' time to allow for the Parties to fulfill their duties under the settlement agreement.

**IT IS SO ORDERED.**

DATED: _____    By:_____
                                                  HONORABLE JOSEPH C. SPERO