TIMOTHY J. MCCAFFERY, State Bar No. 154668
tjm@llcllp.com
LEORA R. RAGONES, State Bar No. 215423
lragones@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone:    (510) 433-2600
Facsimile:    (510) 433-2699

Attorneys for Defendant
SAN MATEO CREDIT UNION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARILYN ESPADA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SAN MATEO CREDIT UNION,<br><br>　　　　　Defendants. | Case No. 3:15-cv-00734-JCS<br><br>**NOTICE OF SETTLEMENT**<br><br>Hon. Joseph C. Spero |

  Plaintiff MARILYN ESPADA and Defendant SAN MATEO CREDIT UNION, (hereafter the Parties) by and through their respective counsel of record, hereby notify the Court that the Parties have reached a settlement in the above-entitled matter. The Parties hereby request that the Court vacate all pending due dates and hearings and retain jurisdiction over this case until the Parties can fully perform their duties as required under the settlement agreement. It is estimated that the Parties will fully perform their duties by May 1, 2015. Within two weeks of performance of the terms of the settlement, Plaintiff will file with this Court a joint notice of dismissal with prejudice to be signed by counsel for all Parties.

//

//

|   |   |
|---|---|
| Dated: April 1, 2015 | Respectfully submitted,<br>LAW OFFICE OF LISA J. ESPADA<br><br>By: /s/ Lisa J. Espada<br>　　LISA J. ESPADA<br>　　Attorneys for Plaintiff<br>　　MARILYN ESPADA |
| Dated: April 1, 2015 | Respectfully submitted,<br>LOMBARDI, LOPER & CONANT, LLP<br><br>By: /s/ Leora R. Ragones<br>　　TIMOTHY J. MCCAFFERY<br>　　LEORA R. RAGONES<br>　　Attorneys for Defendant<br>　　SAN MATEO CREDIT UNION |

### ORDER

Pursuant to the foregoing Stipulation, and good cause appearing, all dates and hearings are hereby vacated and the Court will retain jurisdiction over this matter for one hundred and twenty days' time to allow for the Parties to fulfill their duties under the settlement agreement.

**IT IS SO ORDERED.**

DATED: 4/3/15

By: _____
HONORABLE JOSEPH C. SPERO
Judge Joseph C. Spero