Lisa J. Espada. Esq., SBN 202975
Law Office of Lisa J. Espada
71 Stevenson St., Suite 400
San Francisco, CA 94105
Telephone: (415) 504-6195
Facsimile: (855) 504-6195

Attorney for Plaintiff
MARILYN ESPADA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARILYN ESPADA, | Case No. 3:15-cv-00734-JCS |
| Plaintiff, | **JOINT NOTICE OF DISMISSAL** |
| vs. | |
| SAN MATEO CREDIT UNION, | |
| Defendant. | |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD**:

1. Plaintiff's Complaint was filed on February 17, 2015.

2. Plaintiff and Defendant San Mateo Credit Union filed a Notice of Settlement on March 31, 2015.

3. The parties, by and through their counsel of record, hereby request that the Court dismiss the above-entitled matter with prejudice, pursuant to a fully executed Mutual Release and Settlement Agreement.

Dated: April 22, 2015

LAW OFFICE OF LISA J. ESPADA

By: */s/ Lisa J. Espada*
    LISA J. ESPADA
    Attorney for Plaintiff
    MARILYN ESPADA

Dated: April 22, 2015

LOMBARDI, LOPER & CONANT, LLP

By: */s/ Leora R. Ragones*
    TIMOTHY J. MCCAFFERY
    LEORA R. RAGONES
    Attorneys for Defendant
    SAN MATEO CREDIT UNION

## ORDER

Pursuant to the foregoing, the Court dismisses the entire action with prejudice.

**IT IS SO ORDERED.**

DATED: 4/23/15          By: _____
    HONORABLE JOSEPH C. SPERO

JOINT NOTICE OF DISMISSAL
CASE NO. 3:15-CV-00734-JCS

- 2 -